IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>JAISON KELLY,<br>**Debtor**<br><br>PERFORMANCE FINANCE,<br>**Movant**<br><br>v.<br><br>JAISON KELLY<br>NORBERT HRACH,<br>**Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>**Trustee** | Bankruptcy No. 24-22201-GLT<br><br>Chapter 13<br><br>Related To Document No. 76<br><br>**Response Deadline: 12/2/24**<br><br>**Hearing Date: 12/11/24 at 10:30 AM** |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

This 5th Day of December, 2024, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of no objection, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. §362 (and, to the extent that relief from the co-debtor stay was requested in the motion, relief from stay is granted under §1301).

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a Certificate Of Service.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

c: William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
PA I.D. # 92329