IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **JAISON KELLY,** | : | Bankruptcy No. **24-22201-GLT** |
| | : | |
| *Debtor,* | : | Related to Doc. No. |
| ================================= | : | |
| **JAISON KELLY,** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **SLOVAK SAVINGS BANK,** | : | |
| *Respondent* | : | |

## DEBTOR'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR LOSS MITIGATION

AND NOW comes the Debtor, JAISON KELLY, by and through the Debtor's Attorney, MICHAEL S. GEISLER, ESQUIRE, and files this Motion, of which the following is a statement:

1. Movant is the Debtor.

2. The Debtor filed a Chapter 13 Petition on 9/4/2024.

3. The Court has imposed a deadline of 12/27/2024 to file a Motion for Loss Mitigation.

4. The Debtor needs more time to gather the documents necessary to file a Motion for Loss Mitigation.

5. The Debtor is not attempting to improperly delay this case.

WHEREFORE, the Debtor prays that this Court enter an order extending the deadline to file a Motion for Loss Mitigation an additional ten (10) days.

DATED: 12/27/2024

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele:   (412) 613-2133
E-Mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **JAISON KELLY,** | : | Bankruptcy No. **24-22201-GLT** |
| | : | |
| *Debtor,* | : | Related to Doc. No. |
| ================================== | : | |
| **JAISON KELLY,** | : | Hearing Date and Time: |
| | : | |
| *Movant*, | : | |
| vs. | : | |
| **SLOVAK SAVINGS BANK,** | : | |
| *Respondent* | : | |

## **CERTIFICATE OF SERVICE**

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Motion upon the following by First Class Mail, Postage prepaid, unless otherwise indicated below:

RONDA J. WINNECOUR, TRUSTEE        (BY ELECTRONIC MEANS)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE          (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

J. MICHAEL MCCAGUE, ESQUIRE      (BY ELECTRONIC MEANS)
Griffith McCague & Wallace PC
408 Cedar Avenue
Pittsburgh, PA 15212

DATED: 12/27/2024                /s/ Michael S. Geisler

                                               **MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net