Re: response as to reasons why our cases should not be dismissed with out prejudice

Thank you for allowing me some time to search though our documents.

I have attached a few of the many times we have provided discovery answers in the document upload system.

I have also uploaded an example of the monthly operating reports That were being provide to Brian Thompsons office every month. Mr Geisler never requested I do these reports and I never heard anything about them until I attended the recent hearing.

When I have filed, it's always been with the best intentions of keeping a roof over my three kids heads and trying to reorganize after a failed business. This takes time and surely, rebuilding one income with three brand new ones isn't easy and has its bumps along the way. I'm proud of what I have been able to accomplish in a relatively short time period considering the situation. What I have learned the hard way is it seems when an attorney takes on a case they are very interested at first when they take the upfront retainer but as my case which I acknowledge as a complicated one requires much more work, the responses seem to slow down and even stop and I'm left not really understanding what's going on. On this current case, I was never made aware of hearings that I could attend and would of wanted to attend to be

could attend and would of wanted to attend to be heard. Through out the last few years, we have only filed and done what we were advised to to do by the attorneys we had. We did make some substantial payments ( I believe 26k or more in this case alone) although we were short. Clearly we were trying. I had to get additional money together to file taxes and take time to find someone that could do it quickly. While I'll be the first to admit I found it frustrating to continue to answer the same discovery questions over and over, I did it every time I was asked. What is attached is just a handful of those examples. Since the beginning of 2025, while Mr. Geisler may of appeared, he wasn't representing me, communicating with me or helping me in anyway. His only responses were find another attorney. Therefore, I chose to ask for a dismissal because I'm not qualified to try to represent myself on this matter and didn't feel comfortable with how it was being handled. With the reasons I outlined here, I do not feel dismissal with prejudice would be justified at all. We clearly tried to make payments and provide the court with the correct information when it was requested.

We ask that for both cases to be dismissed without prejudice.

Lastly, we ask for direct communication from the court as to what's next as I have no idea how to know what to expect or do next.

4126002727
Brunosgibsonia@gmail.com